UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANNAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
11 OCT 31 PM 3:32
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| Jonetta Nester,<br><br>Plaintiff,<br><br>v.<br><br>Statewide Credit Association, Inc.<br>c/o Legal department<br>6640 Intech Boulevard, Suite 200<br>Indianapolis, In 46278<br><br>Defendant. | Case No.<br><br>COMPLAINT<br><br>**1 : 11 -cv- 1 4 4 8 TWP -DKL**<br><br>Jury Demand Requested |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").

4- Plaintiff is a resident of the State of Indiana.

5- Defendant is a corporation with its principal office in Indianapolis, Indiana

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- On or around September 28, 2011, Defendant telephoned Plaintiff.

10- During this communication, Plaintiff notified Defendant that Plaintiff had retained an attorney to file for bankruptcy and provided the attorney's contact information to Defendant.

11- During this communication, after Plaintiff notified Defendant that she was filing bankruptcy, Defendant became belligerent and abusive, and began screaming at Plaintiff.

12- During this communication, Defendant threatened to file a lawsuit against Plaintiff before Plaintiff filed bankruptcy.

13- During this communication, Defendant threatened to "take" all of Plaintiff's assets.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

## COUNT II

18- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692e(2) by misrepresenting the character, amount, and/or legal status of the Debt.

## COUNT III

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692e(5) by threatening to take action against Plaintiff that Defendant cannot legally take.

## COUNT IV

22- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

23- Defendant violated 15 USC § 1692e(5) by threatening to take action against Plaintiff that Defendant did not intend to take.

## COUNT IV

24- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

25- Defendant violated 15 USC § 1692e(5) by using unfair or unconscionable methods to collect a debt.

## JURY DEMAND

26- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27- Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d. Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:_____
Richard J. Meier, Esq.
Meier LLC
59 W. Jackson Street, Suite 709
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
richard@meierllc.com
*Attorney for Plaintiff*

4